# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| ACCESS LIVING OF METROPOLITAN CHICAGO, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>CITY OF CHICAGO, )<br><br>Defendant. ) | Case No. 18-cv-03399<br><br>Honorable Robert M. Dow Jr.<br>Honorable Jeffrey Cole |

## PLAINTIFF'S UNOPPOSED MOTION FOR A CONTINUANCE

Plaintiff hereby requests to continue the February 22, 2022 hearing on its Motion to Compel (Dkt. 218). In support, Plaintiff provides as follows:

1. Counsel for Plaintiff spoke with counsel for West Side Veteran's Housing L.P. ("WSVH"), Andrew Sosnowski on February 18, 2022. During that conversation, he represented that his client may withdraw their objections to Plaintiff's subpoena and requested more time so that the parties could speak further.

2. Plaintiff agreed to request a continuance of the hearing of approximately a week to allow the parties to meet and confer.

3. Mr. Sosnowski represented that he would be available for the hearing on or after Thursday, March 3, 2022.

4. Plaintiff contacted counsel for the City, and they do not object to this Motion.

Therefore, Plaintiff respectfully requests that the Court postpone the hearing set for February 22, 2022 at 10 a.m. CST until March 3, 2022 or later.

2

DATE: February 18, 2022

Respectfully Submitted,

<u>/s/ Valerie D. Comenencia Ortiz</u>
Valerie D. Comenencia Ortiz*
Michael G. Allen*
Jennifer I. Klar*
Kali Schellenberg*
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: 202-728-1888
Fax: 202-728-0848
vcomenenciaortiz@relmanlaw.com
mallen@relmanlaw.com
jklar@relmanlaw.com
kschellenberg@relmanlaw.com

Kenneth M. Walden
Mary Rosenberg
Access Living of Metropolitan Chicago
115 West Chicago Avenue
Chicago, IL 60654
Tel: 312-640-2136
Fax: 312-640-2101
TTY: 312-640-2102
kwalden@accessliving.org
mrosenberg@accessliving.org

*Attorneys for Plaintiff*

*\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2022, a true and correct copy of the foregoing Plaintiff's Motion to Compel Compliance with Subpoena Under Fed. R. Civ. P. 45 was served via CM-ECF on all attorneys of record and via email to Andrew Sosnowski at andrewjsosnowski@outlook.com.

/s/ Valerie D. Comenencia Ortiz
Valerie D. Comenencia Ortiz