**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ACCESS LIVING OF METROPOLITAN CHICAGO, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 18-cv-03399 |
| v. | ) ) ) | Honorable Robert M. Dow Jr. Honorable Jeffrey Cole |
| CITY OF CHICAGO, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR A CONTINUANCE**

Plaintiff hereby requests to continue the March 3, 2022 hearing on its Motion to Compel (Dkt. 218). In support, Plaintiff provides as follows:

1. Plaintiff sought and was granted a continuance regarding the hearing scheduled for February 22, 2022 on its Motion to Compel. Dkt. 221.

2. Since seeking a continuance, Plaintiff held a meet and confer with representatives from West Side Veteran's Housing L.P. ("WSVH"), on February 25, 2022. During that conversation, WSVH agreed to comply with Plaintiff's subpoena, and move forward with a site survey on April 27, 2022. WSVH also provided blueprints responsive to Plaintiff's subpoena.

3. Plaintiff is requesting a continuance of the hearing to take place after April 27, in case any issues arise before or during the survey that would necessitate Court involvement.

4. Plaintiff contacted counsel for the City, and they did not have an objection to this Motion. Counsel for WSVH also does not object to this Motion.

1

Therefore, Plaintiff respectfully requests that the Court postpone the hearing set for March 3, 2022 at 11:30 am CST until May 2, 2022 or after.

DATE: March 1, 2022

Respectfully Submitted,

/s/ Kali Schellenberg
Kali Schellenberg*
Michael G. Allen*
Jennifer I. Klar*
Valerie D. Comenencia Ortiz*
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: 202-728-1888
Fax: 202-728-0848
kschellenberg@relmanlaw.com
mallen@relmanlaw.com
jklar@relmanlaw.com
vcomenenciaortiz@relmanlaw.com

Kenneth M. Walden
Mary Rosenberg
Access Living of Metropolitan Chicago
115 West Chicago Avenue
Chicago, IL 60654
Tel: 312-640-2136
Fax: 312-640-2101
TTY: 312-640-2102
kwalden@accessliving.org
mrosenberg@accessliving.org

*Attorneys for Plaintiff*

*\*Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2022, a true and correct copy of the foregoing Plaintiff's

Unopposed Motion for a Continuance was served via CM-ECF on all attorneys of record and via

email to Andrew Sosnowski at andrewjsosnowski@outlook.com.


<u>/s/ Kali Schellenberg</u>
Kali Schellenberg