# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| ACCESS LIVING OF METROPOLITAN CHICAGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | Case No. 18-cv-03399 <br><br> Honorable Robert M. Dow Jr. <br> Honorable Jeffrey Cole |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

Please take notice that Plaintiff reached an agreement with Allison Davis, owner of the Lakefront Phase II property, and successfully completed a site survey of the property on October 5, 2022. Mr. Davis has also represented that he will produce the requested blueprints for Lakefront Phase II. Therefore, Plaintiff withdraws its Motion to Compel (Dkt. 254), and requests that the Court deny the Motion as moot.

Plaintiff also requests that the Court cancel the hearing on the motion set for October 11, 2022.

DATE: October 6, 2022

Respectfully Submitted,
/s/ Valerie D. Comenencia Ortiz
Valerie D. Comenencia Ortiz*
Michael G. Allen*
Jennifer I. Klar*
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: 202-728-1888
Fax: 202-728-0848
vcomenenciaortiz@relmanlaw.com

1

mallen@relmanlaw.com
jklar@relmanlaw.com

Kenneth M. Walden
Mary Rosenberg
Access Living of Metropolitan Chicago
115 West Chicago Avenue
Chicago, IL 60654
Tel: 312-640-2136
Fax: 312-640-2101
TTY: 312-640-2102
kwalden@accessliving.org
mrosenberg@accessliving.org

*Attorneys for Plaintiff*

*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, a true and correct copy of the foregoing Plaintiff's Notice of Withdrawal of Motion to Compel was served via CM-ECF on all attorneys of record.

/s/ Valerie D. Comenencia Ortiz
Valerie D. Comenencia Ortiz