# EXHIBIT 28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
                                               )
ACCESS LIVING OF METROPOLITAN                  )
CHICAGO, INC., an Illinois non-profit          )
corporation,                                   )
                                               )
                    Plaintiff,                 )
                                               )
             v.                                )      Case No. 1:18-cv-03399
                                               )      Honorable Edmond E. Chang
CITY OF CHICAGO, an Illinois municipal         )
corporation,                                   )
                                               )
                                               )
                    Defendant.                 )

## DECLARATION OF MICHAEL ALLEN

I, Michael Allen, hereby declare the following in support of Plaintiff's Local Rule

56.1(b)(3) Statement of Additional Material Facts:

1. I am over the age of eighteen and competent to testify with respect to the facts stated

   herein. I have personal knowledge of the facts below.

2. I consulted two pages on the website of the U.S. Department of Housing and Urban

   Development ("HUD") to calculate the amount of Community Development Block Grant

   ("CDBG") and HOME Investment Partnership Program ("HOME") funds the City of

   Chicago received between 1993 and 2023: (a) Formula program allocations by grantee

   2001-2023, *available at* https://www.hud.gov/program_offices/comm_planning/budget

   (last visited Nov. 16, 2023); and (2) Historical allocation data 1993-2003, *available at*

   https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Farchives.hud.gov

   %2Foffices%2Fcpd%2Fabout%2Fbudget%2Fhistorical04to93.xls&wdOrigin=BROWSE

   LINK (last visited Nov. 16, 2023).

1

3. Using the HUD records available at those locations, I copied down the amount of CDBG and HOME funds the City received each year from 1993 through 2023, and totaled those categories as follows:

| FY | CDBG | HOME |
|---|---|---|
| 1993 | $107,764,000 | $26,673,000 |
| 1994 | $118,943,000 | $26,180,000 |
| 1995 | $118,822,000 | $28,308,000 |
| 1996 | $115,658,000 | $29,337,000 |
| 1997 | $113,703,000 | $28,651,000 |
| 1998 | $109,438,000 | $30,349,000 |
| 1999 | $109,908,000 | $33,537,000 |
| 2000 | $110,103,000 | $33,622,000 |
| 2001 | $111,054,000 | $37,299,000 |
| 2002 | $109,283,453 | $37,327,000 |
| 2003 | $102,364,000 | $33,010,924 |
| 2004 | $100,852,000 | $33,067,734 |
| 2005 | $95,490,820 | $31,710,948 |
| 2006 | $85,858,436 | $29,893,144 |
| 2007 | $86,084,851 | $29,624,111 |
| 2008 | $82,723,276 | $28,779,956 |
| 2009 | $83,832,084 | $32,210,131 |
| 2010 | $90,582,706 | $32,135,117 |
| 2011 | $75,816,317 | $28,453,829 |
| 2012 | $71,873,523 | $17,226,156 |
| 2013 | $73,834,686 | $16,059,598 |
| 2014 | $72,815,019 | $16,651,363 |
| 2015 | $72,815,019 | $16,651,363 |
| 2016 | $72,220,468 | $15,455,951 |
| 2017 | $72,093,122 | $14,874,943 |
| 2018 | $78,904,033 | $20,803,171 |
| 2019 | $78,262,773 | $18,935,452 |
| 2020 | $79,503,555 | $20,123,948 |
| 2021 | $80,095,464 | $19,636,882 |
| 2022 | $76,233,776 | $21,593,700 |
| 2023 | $75,056,158 | $20,753,590 |
| | | |
| TOTAL | $2,831,988,539 | $808,935,011 |

4.  From these calculations, it appears that the City of Chicago received a total of Three

Billion, Six Hundred and Forty Million, Nine Hundred and Twenty-Three Thousand,

Five Hundred and Fifty Dollars ($3,640,923,550) in CDBG and HOME funds from HUD

between 1993 and 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in the United States on November 16, 2023.

Michael Allen
Partner
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: 202-728-1888
Fax: 202-728-0848
mallen@relmanlaw.com