UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACCESS LIVING OF METROPOLITAN CHICAGO, INC., an Illinois non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO, an Illinois municipal corporation, <br><br> Defendant. | Case No. 1:18-cv-03399 <br> Honorable Edmond E. Chang |

**JOINT STATUS REPORT**

Plaintiff Access Living of Metropolitan Chicago, Inc. ("Plaintiff") and Defendant City of Chicago ("Defendant") (collectively, "the Parties") submit this Joint Status Report, pursuant to the Court's minute order dated April 18, 2025. Dkt. No. 349.

Following the Parties' April 17, 2025 Joint Status Report, the Parties jointly held two additional mediation sessions on May 20, 2025 (remotely) and June 13, 2025 (in person). While the Parties made further progress in settlement negotiations, the Parties require additional time to continue negotiations. The Parties have agreed to exchange additional information about their settlement positions and to hold a fifth mediation session in July or early August 2025. Further, the Parties anticipate that a sixth, final mediation session will be necessary to determine whether they have reached agreement. The Parties request to submit a joint status report by August 15, 2025, to report to the Court the status of negotiations, whether a final agreement has been reached, and whether one or both Parties requests a trial date.

Date: June 27, 2025

| | |
|---|---|
| */s* Michael G. Allen<br>Michael G. Allen*<br>Jennifer I. Klar*<br>Valerie D. Comenencia Ortiz*<br>RELMAN COLFAX PLLC<br>1225 19th Street NW, Suite 600<br>Washington, DC 20036<br>Tel: 202-728-1888<br>Fax: 202-728-0848<br>mallen@relmanlaw.com<br>jklar@relmanlaw.com<br>vcomenenciaortiz@relmanlaw.com | /s John C. Hansberry<br>JOHN C. HANSBERRY*<br>JHansberry@Foxrothschild.com<br>Fox Rothschild LLP<br>500 Grant Street, Suite 2500<br>Pittsburgh, PA 15219<br>Phone: (412) 394-5539<br><br>MATTHEW S. PAYNE<br>MPayne@Foxrothschild.com<br>Fox Rothschild LLP<br>321 North Clark Street, Suite 1600<br>Chicago, IL 60654<br>Phone: (312) 517-9232 |
| Kenneth M. Walden<br>Access Living of Metropolitan Chicago<br>115 West Chicago Avenue<br>Chicago, IL 60654<br>Tel: 312-640-2136<br>Fax: 312-640-2101<br>TTY: 312-640-2102<br>kwalden@accessliving.org | MONICA H. KHETARPAL<br>Monica.Khetarpal@Jacksonlewis.com<br><br>JASON A. SELVEY<br>jason.selvey@jacksonlewis.com<br>Jackson Lewis P.C.<br>150 N. Michigan Ave., Suite 2500<br>Chicago, Il 60601<br>Phone: (312) 787-4949 |
| *Attorneys for Plaintiff*<br><br>**Admitted Pro Hac Vice* | *Attorneys for Defendant*<br><br>**Admitted Pro Hac Vice* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2025, a true and correct copy of the foregoing Joint Status Report was served via CM-ECF on all attorneys of record.

                                                   /s/ Michael G. Allen
                                                   Michael G. Allen